UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYROSH BROWN,

    Plaintiff,

Case No. 1:13-cv-964

v.

Hon. Robert J. Jonker

CITY OF GRAND RAPIDS,
JOSEPH DAILEY, and
KENT BERACY,

    Defendants.
_____/

## ORDER TO LIFT STAY AND RE-OPEN CASE

On October 7, 2015, the Court entered an order staying and administratively closing this case pending plaintiff's appeal to the Sixth Circuit. *See* Order (docket no. 80). That appeal has been dismissed. *See Brown v. City of Grand Rapids*, No. 15-2202 (Order) (Oct. 26, 2015) (docket no. 81). Accordingly, **IT IS ORDERED** that the stay is lifted and the Clerk is directed to re-open the case.

Dated: November 10, 2015        /s/ Ray Kent
                                              RAY KENT
                                              United States Magistrate Judge